**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Donald G. Forgey, SB# 85843
Surekha A. Pessis, SB# 193206
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile : (213) 250-7900

Attorneys for Defendant, **BRIAN LIDDY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ESCAMILLA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, RAFAEL PEREZ, ETHAN COHAN, EDWARD BREHM, BRIAN LIDDY, DOE CHACON, JOSEPH SANCHEZ, PAUL HARPER, DAVID SHEARMAN, ARTURO RICO, MICHAEL BUCHANAN, MICHAEL ARMINIO, MICHAEL MONTOYA, TIMOTHY TORSNEY, EDWARD ORTIZ, RICHARD MERAZ, NICK SALICOS, BERNARD PARKS, WILLIE WILLIAMS, DARRYL GATES, RICHARD RIORDAN, MIKE HERNANDEZ, and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV-01-05277 GAF (AJWx)<br><br>**[Honorable Gary Allen Feess, Judge Presiding, Courtroom 741]**<br><br>First Amended Complaint Filed: <u>08-17-01</u><br><br>STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. RULE §41(a) AS TO DEFENDANT BRIAN LIDDY |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** in this action through their designated counsel as follows:

The above-captioned action be and hereby is dismissed with prejudice against defendant, **BRIAN LIDDY**, pursuant to Federal Rule of Civil Procedure 41(a), with each side to bear their own costs.

-1-
STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. SECTION 41(A) AS TO DEFENDANT BRIAN LIDDY

| | |
|---|---|
| Dated: June 18, 2003 | LAW OFFICES OF GREGORY A. YATES, P.C.<br><br>By _____<br>Gregory A. Yates<br>Attorneys for Plaintiff, **JULIO ESCAMILLA** |
| Dated: June 19, 2003 | LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>By _____<br>SUREKHA A. PESSIS<br>Attorneys for Defendant, **BRIAN LIDDY** |
| Dated: June 25, 2003 | OFFICE OF THE CITY ATTORNEY<br><br>By _____<br>Raquel Perez<br>Attorneys for Defendant, **CITY OF LOS ANGELES** and **PAUL HARPER** |

**ORDER**

**IT IS SO ORDERED.**

Dated: 7/7/03

_____
Honorable Gary A. Feess, Judge Presiding

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On July 2, 2003, I served the following document described as: **STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. §41(a) AS TO DEFENDANT BRIAN LIDDY** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:
See attached mailing list

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ]   I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 2, 2003, at Los Angeles, California.

_____
MARY A. JACKSON

4820-0470-4000.1

STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. SECTION 41(A) AS TO DEFENDANT BRIAN LIDDY

# PROOF OF SERVICE

Julio Escamilla v. City of Los Angeles
CV-01-05277 GAF (AJWx)
Mailing List

Gregory A. Yates, Esq.
LAW OFFICES OF GREGORY A. YATES, P.C.
9454 Wilshire Boulevard, Suite 850
Beverly Hills, California 90212
(310) 858-6944
(310) 858-7586 Fax
Attorneys for Plaintiff, **JULIO ESCAMILLA**

Raquel Perez, City Attorney
1700 City Hall East, Room 514
200 North Main Street
Los Angeles, California 90012
Attorneys for Defendant, **CITY OF LOS ANGELES AND PAUL HARPER**
(213) 978-2206
(213) 978-2211 Fax

Girard Fisher, Esq.
Michael R. Nebenzahl
Pollak, Vida & Fisher
1801 Century Park East, 26th Floor
Los Angeles, California 90067
(310) 551-3400
(310) 551-1036 Fax
Attorneys for Defendant, **MICHAEL BUCHANAN**

Lori Vieira, Esq.
CLINTON & CLINTON
310 Golden Shore, 2nd Floor
Long Beach, California 90802
(562) 901-2767
(562) 901-2768
Attorneys for Defendant, **ETHAN COHAN**

Trina Saunders, Esq.
ATKIN & EVANS
5900 Wilshire Boulevard, Suite 2750
Los Angeles, California 90036
(323) 933-4100
(323) 933-4157 Fax
Attorneys for Defendant, **RAFAEL PEREZ**

Ronald Dorfman, Esq.
LAW OFFICES OF RONALD M. DORFMAN
11400 West Olumpic Boulevard, 9th Floor
Los Angeles, California 90064
310 277-7525
310 820-5357 Fax
Attorneys for Defendant, **EDWARD ORTIZ**

1  David H. Reily, Esq.
   Janine K. Jeffrey, Esq.
2  REILY & JEFFREY LLP
   888 S. Figueroa Street, Suite 2150
3  Los Angeles, California 90017
   213 624-6224
4  213 688-1308 Fax
   Attorneys for Defendant, **EDWARD BREHM**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28